**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, *et al.*

Plaintiffs,

v. No. MISC 05 0081 ML

R. MARTIN & SONS
a/k/a R. Martin & Sons Heating & Air
Conditioning, *et al.*,

Defendants.

**PLAINTIFF'S EX PARTE MOTION FOR ISSUANCE OF WRIT OF TRUSTEE EXECUTION**

Plaintiffs, National Stabilization Agreement of the Sheet Metal Industry Fund ("SASMI"), the Sheet Metal Workers' National Pension Fund ("NPF"), the International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI"), the Sheet Metal Workers' International Association Scholarship Fund ("SMWIASF"), the National Energy Management Institute Committee ("NEMI"), the Sheet Metal Occupational Health Institute Trust Fund ("SMOHI" and together with NPF, ITI, SMWIASF, NEMI, are jointly referred to as "National Funds" and together with SASMI as "Funds" or "Plaintiffs"), hereby move for the issuance of an execution against the Defendants, R. Martin & Sons a/k/a R. Martin & Sons Heating & Air Conditioning ("Company"), Rhonda L. Martin, Jr. a/k/a Rhonda Martin, individually and d/b/a R. Martin & Sons a/k/a R. Martin & Sons Heating & Air Conditioning ("Ms. Martin"), and Raymond J. Martin, Jr. a/k/a Raymond Martin, individually and d/b/a R. Martin & Sons a/k/a R.

Martin & Sons Heating & Air Conditioning ("Mr. Martin" and together with Ms. Martin and Company, "Defendants") move this Court for the issuance of an ex parte Writ of Trustee Execution against the Defendant's bank accounts in the amount of $51,002.20, in the form and substance attached hereto as **Exhibit 1**.

On June 30, 2004, the Funds obtained a judgment (the "Judgment") against Defendants in the United States District Court for the Eastern District of Virginia for the sum of $76,002.20, including pre-judgment interest, liquidated damages, attorneys' fees and costs of suit. Said Judgment and Certification registered by this Court, are attached hereto as **Exhibit 2**. Funds also received certain partial payments on the Judgment which have been applied to reduce the outstanding balance thereof.

Thereafter, the Funds obtained from the clerk of the Virginia district court a certification pursuant to 28 U.S.C. §1963 for registration of the Judgment in another federal district. In June 28, 2005, the Funds, through counsel, entered an appearance in this Court and registered the Judgment in Rhode Island.

Company is a resident of Rhode Island with an address of 24 Esquire Avenue, Warwick, Rhode Island. The Funds have information that Company has a business account at Citizens Bank of Rhode Island (Account No. 10126686) (the "Bank Account"). The Funds seek the issuance, ex parte, of an execution against Defendants and seek the issuance of trustee process to attach the proceeds, up to the amount of the execution, including without limitation, the proceeds in Company's Bank Account.

Furthermore, the within motion is presented as a post-judgment ex parte motion to prevent the transfer of monies prior to serving the Writ of Trustee Execution. Plaintiffs

assert that if advance notice is given to Defendants, then Defendants will undoubtedly transfer the monies beyond the reach of the Execution.

Attached hereto as **Exhibit 3** is a Notice of Execution ("Notice"). Plaintiffs must provide notice to the Defendants in accordance with the mandates contained in the Rhode Island Superior Court Rules of Civil Procedure Rule 69(e)(2). The Notice must contain, inter alia, a date for the hearing that shall be not less than 5 or more than 9 days from the date of the service of the Writ of Trustee Execution.

WHEREFORE, the Plaintiffs respectfully moves that this Court:

(i) instruct the Clerk to cause a hearing date to be scheduled in accordance with the aforementioned Rule; and (ii) instruct the Clerk to cause the Writ of Trustee Execution to be executed.

Respectfully submitted,
PLAINTIFFS (The Funds)
By their Attorneys,

Andrew R. Bilodeau # 7174
Richard L. Gemma # 3953
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: 7/8/05

G:\Sheet Metal Workers\R. Martin & Sons\Pleadings\DRAFT Plaintiff's Ex Parte Motion 063005.doc