**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, *et al.*

Plaintiffs,

v.

No. MISC 05 0081 ML

R. MARTIN & SONS
a/k/a R. Martin & Sons Heating & Air
Conditioning, *et al.*,

Defendants.

**ORDER**

This matter came before the Court (Lisi, J.) on July 18, 2005, on the Plaintiff's Ex Parte Motion for Issuance of Writ of Trustee Execution ("Motion"), and after a hearing thereon and consideration thereof, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. That the Plaintiff's Motion is GRANTED.

2. That the Clerk shall cause the Writ of Trustee Execution to be executed.

3. That the Clerk shall cause a hearing to be scheduled not less than 5 or more than 9 days from the date of the service of the Writ of Trustee Execution.

ENTER:

Mary M. Lisi
~~Chief~~ Judge Mary M. Lisi

Date: 7/18/05

PER ORDER:

Barbara Barletta
Clerk/Asst. Clerk

Date: 7/18/05

Presented by Attorneys for the Plaintiffs:
Andrew R. Bilodeau, Esq. #7174
Richard L. Gemma, Esq. # 3953
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
TEL: (401) 454-8700
FAX: (401) 454-8755

G:\Sheet Metal Workers\R. Martin & Sons\Pleadings\Order 070705.doc

FILED
2005 JUL 18 A 11:31