DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, *et al.*

Plaintiffs,

v.

No. MISC 05 0081 ML

R. MARTIN & SONS
a/k/a R. Martin & Sons Heating & Air
Conditioning, *et al.*,

Defendants.

**WRIT OF TRUSTEE EXECUTION**

To the United States Marshal for the District of Rhode Island or either of his Deputies:

WHEREAS, National Stabilization Agreement of the Sheet Metal Industry Fund, et al. ("Judgment Creditors") have recovered judgment against R. Martin & Sons a/k/a R. Martin & Sons Heating & Air Conditioning ("Company"), Rhonda L. Martin, Jr. a/k/a Rhonda Martin, individually and d/b/a R. Martin & Sons a/k/a R. Martin & Sons Heating & Air Conditioning ("Ms. Martin), and Raymond J. Martin, Jr. a/k/a Raymond Martin, individually and d/b/a R. Martin & Sons a/k/a R. Martin & Sons Heating & Air Conditioning ("Judgment Debtors") on the 30th day of June, 2004 for the sum of $76,002.20, including pre-judgment interest, liquidated damages, attorneys' fees and costs of suit, as to us appears of record, (*see* Judgment and Certification appended hereto) whereof this First Execution remains to be done,

WE COMMAND CITIZENS BANK OF RHODE ISLAND, therefore, the funds, monies and accounts of the said Judgment Debtors, to cause to be paid and satisfied unto the said Judgment Creditors, at the value thereof in money, the aforesaid sums, being a total of $51,002.20, in the whole.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at One Exchange Terrace, Providence, Rhode Island 02903 within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 18th day of July, 2005.

David DiMarzio
CLERK OF COURT

SEAL

By: Barbara Barletta
Deputy Clerk

G:\Sheet Metal Workers\R. Martin & Sons\Pleadings\Writ of EXECUTION 062905.doc

2005 JUL 18 P 12:00

FILED