**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, *et al.*

Plaintiffs,

v. No. MISC 05 0081 ML

R. MARTIN & SONS
a/k/a R. Martin & Sons Heating & Air
Conditioning, *et al.*,

Defendants.

**NOTICE OF EXECUTION**

Your property or funds held by National Stabilization Agreement of the Sheet Metal Industry Fund, et al., have been executed upon and may be released to your creditor in this case. Your creditor already has a money judgment against you. Now the question is whether the aforementioned property or funds will be used to pay part or all of that judgment.

You may have rights to claim an exemption and have the money (or property) released back to you. For example, the money or property may be exempt if it is from:

- Social Security
- Unemployment Benefits
- Public Assistance
- Workers Compensation
- Temporary Disability Benefits
- Pension and Retirement Funds
- Certain Life Insurance Benefits
- Occupational Tools
- Household Furniture

You may have other exemptions. This is not a complete list.

The Court allows you a hearing where you may claim an exemption, which may stop the execution.

Your hearing is on Monday, 7/25, 2005, at 3:00 p.m. at the District Court of the United States District of Rhode Island, One Exchange Terrace, Providence, Rhode Island 02903. If you do not go to the hearing, the execution will continue. You are not required to have a lawyer. However, if you wish, you can be referred to an attorney (if you do not have one), through the Rhode Island Bar Association, Lawyers Referral Service (421-7799).

Dated this 19th day of July, 2005.

Submitted by:
Andrew R. Bilodeau, Esq. #7174
MacAdams & Wieck, Inc.
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
Phone (401) 454-8700
Fax (401) 454-8755
Email: abilodeau@mandwlaw.com

**PROOF OF SERVICE**

I hereby certify that on the ____ day of __________________, 2005, service of the Writ of Trustee Execution was made on the trustee and on the same day I mailed, postage prepaid, copies of the Writ of Trustee Execution and this Notice to the Defendants at: 24 Esquire Avenue, Warwick, Rhode Island 02889.

______________________________________