DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, et al.,
Plaintiffs,

v. No. MISC 05 0081 ML

R. MARTIN & SONS
a/k/a R. Martin & Sons Heating & Air
Conditioning, et al.,
Defendants.

RELEASE OF WRIT OF TRUSTEE EXECUTION

NOW COMES the Plaintiffs, National Stabilization Agreement of the Sheet Metal Industry Fund, et al., and hereby releases and discharges that certain Writ of Trustee Execution served upon Citizens Bank of Rhode Island against Defendants, R. Martin & Sons a/k/a R. Martin & Sons Heating & Air Conditioning, et al.

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY TRUST FUND,
ET AL.
By ~~their~~ Attorneys,

Andrew R. Bilodeau # 7174
Richard L. Gemma # 3953
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: 7/25/05

Enter: Mary M. Lisi
US DJ
7/26/05

G:\Sheet Metal Workers\R. Martin & Sons\Pleadings\Release of Writ of Execution 072505.doc